

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00480-CV

**IN THE GUARDIANSHIP OF** Javier J. **TREVINO**

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2022PB6000079L2
Honorable Victor Villarreal, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

    In accordance with this court's opinion of this date, this appeal is DISMISSED. Each party shall bear its own costs of appeal.

    SIGNED December 6, 2023.

_____
Rebeca C. Martinez, Chief Justice